Prepared by:
Matthew A. Steward
Shannon K. Zollinger
CLYDE SNOW & SESSIONS
One Utah Center
201 S. Main Street, Suite 2200
Salt Lake City, UT 84111-2216
mas@clydesnow.com
skz@clydesnow.com

*Attorneys for Plaintiff Brian Craig*

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRIAN CRAIG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>XLEAR, INC., a Utah corporation,<br><br>Defendant. | **STIPULATED NOTICE OF RULE 41(a)(1)(A)(ii) VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Case No.: 2:16-CV-00392-RJS-CMR<br><br>District Judge Robert J. Shelby<br>Magistrate Judge Cecilia Romero |

Plaintiff Brian Craig ("Plaintiff") and Defendant Xlear, Inc. ("Defendant"), by and through their respective counsel of record, hereby agree and stipulate to a voluntary dismissal of this action with prejudice. Each party will bear its own costs and attorney's fees in connection with this matter.

DATED AND SIGNED this 31st day of January, 2022.

**CLYDE SNOW & SESSIONS**

*/s/ Shannon K. Zollinger*
Matthew A. Steward
Shannon K. Zollinger
*Attorneys for Plaintiff*

{01968169-1 }

DATED AND SIGNED this 31st day of January, 2022.

**JONES WALDO HOLBROOK & McDONOUGH**

*/s/ Kenneth A. Okazaki*
Kenneth A. Okazaki
J. Angus Edwards
*Attorneys for Defendant*
(Signed with written permission)