IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIAN CRAIG, an individual,<br><br>　　　Plaintiff,<br><br>v.<br><br>XLEAR, INC., a Utah Corporation,<br><br>　　　Defendant. | **ORDER DISMISSING CASE WITH PREJUDICE**<br><br>2:16-cv-00392-RJS-CMR<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

　　　Having received the parties' Stipulated Notice of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),[1] and for good cause appearing, the court hereby orders this case DISMISSED with prejudice.  Each party is to bear their own costs and attorney fees.  The Clerk of Court is directed to close this case.

　　　**SO ORDERED** this 2nd day of February, 2022.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ROBERT J. SHELBY
　　　　　　　　　　　　　　　　　　　　　　United States Chief District Judge

---

[1] Dkt. 160.